269 So.2d 917

In re Jerry Wayne MORSE

v.

STATE of Alabama.

Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.

SC 153.

Supreme Court of Alabama.

Nov. 22, 1972.

William J. Baxley, Atty. Gen., and Joseph G. L. Marston, III, Asst. Atty. Gen., for the State, petitioner.

COLEMAN, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Morse v. State, 49 Ala.App. 203, 269 So.2d 916.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, McCALL and SOMERVILLE, JJ., concur.

266 So.2d 864 .

Dallas J. MULLINS

v.

M. H. PANNELL.

8 Div. 490.

Supreme Court of Alabama.

Sept. 21, 1972.

Ronald P. Thompson, Albertville, for appellant.

Camp, Page, Williams & Spurrier, Huntsville, for appellee.

PER CURIAM.

This is an appeal from the Circuit Court of Marshall County, Albertville Division, wherein the appellant, plaintiff below, sought to recover damages for injuries he alleges were sustained by his minor son while on the premises of defendant.

This appeal presents questions identical to those treated in the case of Mullins v. Pannell, 289 Ala. 252, 266 So.2d 862, decided this day. It follows that the decree of the trial court here under review is due to be affirmed on the authority of the above stated companion case, and it is so ordered.

The foregoing opinion was prepared by Circuit Judge EMMETT F. HILDRETH, who was assigned to temporary duty on the Supreme Court by the Chief Justice, and was adopted as the opinion of this court in this case.

Affirmed.

HEFLIN, C. J., and COLEMAN, BLOODWORTH, McCALL and SOMERVILLE, JJ., concur.